CHARLES EDWARD HART, Respondent, *v.* THE DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY Appellant.

*Hart v. Delaware, L. & W. R. R. Co.*, 84 Hun, 605, affirmed.
(Submitted March 14, 1898; decided April 19, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered upon an order made February 15, 1895, affirming a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Hamilton & Hammond Odell* for appellant.

*Edward P. Lyon* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except BARTLETT, J., dissenting.